# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-2506

_____

United States of America

*Plaintiff - Appellee*

v.

Chadwick Wayne Acison

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: March 4, 2013
Filed: March 6, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

After Chadwick Acison stipulated to having violated his release conditions, the district court[1] revoked his supervised release and imposed a sentence of 30 months

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

in prison with no supervised release to follow.  Acison appeals, arguing that the court imposed an unreasonable sentence.  We disagree.  The record shows that the district court properly considered the relevant sentencing factors before imposing a revocation sentence that was authorized by statute and within the applicable Guidelines range.  See 18 U.S.C. § 3583(e)(3); United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range); United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (court need not list every 18 U.S.C. § 3553(a) factor when sentencing defendant upon revocation of supervised release).

The judgment is affirmed.  Counsel's motion to withdraw is granted.

_____